# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **ANGELICA MORENO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-17-CV-00035-KC |
| § | |
| **F X QUICK CASH, LLC, D/B/A** § | |
| **KENER LENDING,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered Defendant F X Quick Cash, LLC, d/b/a Kener Lending's[1] Motion to Dismiss, and Alternatively, Motion to Compel Arbitration and Stay Proceedings ("Motion"), ECF No. 5, filed on March 8, 2017, in the above-captioned case. Plaintiff Angelica Moreno does not oppose the Court's staying the case pending the outcome of arbitration. *See* Plaintiff's Response to Defendant's Motion to Compel Arbitration, ECF No. 6. After due consideration, the Motion is **GRANTED** in part.

It is hereby **ORDERED** that all claims and causes of action in this case are submitted to arbitration according to the arbitration agreement between the parties. The parties are directed to notify the Court of the outcome of the arbitration proceedings within two weeks of the final disposition.

**IT IS FURTHER ORDERED THAT** all proceedings in the present case are **STAYED**. The parties are granted leave to file any motion to confirm the decision of the arbitrators as appurtenant to the present proceedings.

---

[1] Defendant's Motion indicates that "Kener Lending" is the correct spelling of Defendant's name, at variance with the caption.

**IT IS FURTHER ORDERED THAT** the case is administratively **CLOSED**.

**SO ORDERED.**

SIGNED this 20th day of April, 2017.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE